# COMPLAINT

(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 NOV -6 P 1:30
STEPHEN C. DRIES
CLERK

---

(Full name of plaintiff(s))

Leonard wayne Taylor

v.

(Full name of defendant(s))

Kenosha county, ~~and~~ the clerk of court, and David beth

Case Number:

**19-C-1632**

(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __1000 55th street Kcj (Kenosha county Jail)__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __David beth, Kenosha county Jail__
   (Name)
   is (if a person or private corporation) a citizen of __U.S.A__

Complaint – 1

Case 2:19-cv-01632-JPS   Filed 11/06/19   Page 1 of 6   Document 1

and (if a person) resides at ___N/A___ (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Kenosha county~~ ~~___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. David beth, Kenosha County Jail, and the clerk of court violated my rights. On 06-12-18 I was ~~co~~ charged and incarcerated for multiple charges. I was held at the Kenosha County Jail in Kenosha Wisconsin. I had bond court on 06-13-18 and they set a signature bond for some of my charges and then set a 2,500 cash bond on the rest of my charges. I signed my signature bond that day (06-13-18) but was still being

held on my cash bond charges with no hold's (I was not on probation or any hold's what so ever) at Kenosha County Jail in Kenosha Wisconsin. The D.A of Kenosha gave me a plea deal on 09-17-18. That plea deal was to plea out to my signature bond charges and they will drop my cash bond charges. I understood that plea deal and I plead out to that plea deal on 09-17-18. So with that being said on 09-17-18 I was supposd to get releasd that day on my signature bond with no cash bond. But instead they turned me over to the Kenosha County Jail and never releasd me. On 11-01-18 they releasd me on my signature bond and later sentenced me on 11-05-18. I feel my civil rights were violated for being held against my will for 46 day's in the Kenosha County Jail in Kenosha Wisconsin.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want them to change their policies and procedures, so they dont do this to people any more. I would also like to be award with money ~~compensated~~ for the extra time I spent in jail, and the time I lost with my family.

Complaint – 4

Case 2:19-cv-01632-JPS   Filed 11/06/19   Page 4 of 6   Document 1

E.  **JURY DEMAND**

I want a jury to hear my case.

☑ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ~~~~1st day of November 20 19.

Respectfully Submitted,

_Leonard Taylor_
Signature of Plaintiff

_150944_
Plaintiff's Prisoner ID Number

_1000 55th Street Kenosha County Jail_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:19-cv-01632-JPS   Filed 11/06/19   Page 5 of 6   Document 1

Case number

~~(scribbled out)~~
2018CF000100
2018CF000630
2018CF000238